Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                            Case No.: 19−24949−JNP
                            Chapter: 13
                            Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Allan H. Taylor
   aka Alan H. Taylor, aka Allan H Taylor,
   aka Allen H Taylor Jr.
   1 Harned Avenue #E−8
   Somerdale, NJ 08083

Social Security No.:
   xxx−xx−9977

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 11/18/19.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

    This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: November 18, 2019
JAN: kvr

                                                                          Jeanne Naughton
                                                                         Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 19-24949-JNP
Allan H. Taylor                                                         Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1           User: admin              Page 1 of 2            Date Rcvd: Nov 18, 2019
                               Form ID: 148             Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 20, 2019.
```
db            +Allan H. Taylor,    1 Harned Avenue #E-8,    Somerdale, NJ 08083-2112
518419123     +21st Century Storage,    7490 S. Crescent Blvd,    Pennsauken, NJ 08109-4125
518385276     +ADS/Comenity/Boscov,    PO Box 182120,    Columbus, OH 43218-2120
518385278     +CBNA,    PO Box 6497,    Sioux Falls, SD 57117-6497
518499478      CVI SGP-CO Acquisition Trust,    PO Box 10587,    Greenville, SC 29603-0587
518494291      Citibank, N.A.,    5800 S Corporate Pl,    Sioux Falls, SD  57108-5027
518385279     +Citizens Bank,    1 Citizens Drive,    Riverside, RI 02915-3000
518426478     +JPMorgan Chase Bank, N.A.,    s/b/m/t Chase Bank USA, N.A.,
               c/o Robertson, Anschutz & Schneid, P.L.,    6409 Congress Avenue, Suite 100,
               Boca Raton, FL 33487-2853
518474674     +Midland Credit Management, Inc.,    PO Box 2037,    Warren, MI 48090-2037
518385287     +Syncrhony Bank,    c/o Selip & Stylianou,    10 Forest Avenue - Suite 300,
               Paramus, NJ 07652-5238
518385290     +WF/Bob's Furniture,    PO Box 14517,    Des Moines, IA 50306-3517
518385288     +Wawa/CBNA,    PO BOX 6497,    Sioux Falls, SD 57117-6497
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Nov 19 2019 00:07:08     U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 19 2019 00:07:08     United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
518385277     +E-mail/Text: bk@avant.com Nov 19 2019 00:07:14     Avant,    222 North Lasalle Street,
               Suite 1700,    Chicago, IL 60601-1101
518390922     +E-mail/Text: bankruptcy@cavps.com Nov 19 2019 00:07:10     Cavalry SPV I, LLC,
               500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
518385281      E-mail/PDF: DellBKNotifications@resurgent.com Nov 19 2019 00:10:37     DFS/Webbank,
               1 Dell Way,    Round Rock, TX 78682
518385280      E-mail/PDF: DellBKNotifications@resurgent.com Nov 19 2019 00:10:19     Dell Financial Services,
               One Dell Way, Bldg 3,    Round Rock, TX 78682
518442336      E-mail/Text: bankruptcy@glsllc.com Nov 19 2019 00:06:51     Global Lending Services LLC,
               1200 Brookfield Blvd Ste 300,    Greenville, South Carolina 29603
518385283     +EDI: HY11.COM Nov 19 2019 04:53:00      Hyundai Capital America,    PO Box 20835,
               Fountain Valley, CA 92728-0835
518445086     +EDI: HY11.COM Nov 19 2019 04:53:00      Hyundai Lease Titling Trust,    PO Box 20809,
               Fountain Valley, CA 92728-0809
518494810      EDI: JEFFERSONCAP.COM Nov 19 2019 04:53:00      Jefferson Capital Systems LLC,    Po Box 7999,
               Saint Cloud Mn 56302-9617
518385284     +EDI: CHASE.COM Nov 19 2019 04:53:00      JPMCB Card,    PO Box 15298,    Wilmington, DE 19850-5298
518464583      E-mail/PDF: resurgentbknotifications@resurgent.com Nov 19 2019 00:10:18     LVNV Funding, LLC,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
518496790      EDI: PRA.COM Nov 19 2019 04:53:00      Portfolio Recovery Associates, LLC,    c/o Lowes,
               POB 41067,    Norfolk VA 23541
518495305      EDI: Q3G.COM Nov 19 2019 04:53:00      Quantum3 Group LLC as agent for,    MOMA Trust LLC,
               PO Box 788,    Kirkland, WA  98083-0788
518385285     +EDI: RMSC.COM Nov 19 2019 04:53:00      SYNCB/Lowe's,    PO Box 965036,    Orlando, FL 32896-5036
518385286      EDI: RMSC.COM Nov 19 2019 04:53:00      SYNCB/Sam's Club,    PO Box 965036,
               Orlando, FL 32896-5036
518387298     +EDI: RMSC.COM Nov 19 2019 04:53:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
               PO Box 41021,    Norfolk, VA 23541-1021
518385289     +E-mail/PDF: resurgentbknotifications@resurgent.com Nov 19 2019 00:10:17     Webbank/Fingerhut,
               c/o Resurgent/LVNV Funding,    PO Box 1269,    Greenville, SC 29602-1269
518492793      EDI: WFFC.COM Nov 19 2019 04:53:00      Wells Fargo Bank, N.A.,    PO Box 10438, MAC F8235-02F,
               Des Moines, IA 50306-0438
                                                                                              TOTAL: 19
```

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
518421417      Robbin Taylor,   NO ADDRESS PROVIDED
518406730*    ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
              (address filed with court: Dell Financial Services, LLC,    Resurgent Capital Services,
               PO Box 10390,    Greenville, SC 29603-0390)
518419124*    +Hyundai Capital America,    Po Box 20835,    Fountain Valley, CA 92728-0835
518385282    ##+Global Lending Service,    5 Concourse Parkway, Ste 2925,    Atlanta, GA 30328-7104
                                                                                   TOTALS: 1, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-1          User: admin              Page 2 of 2               Date Rcvd: Nov 18, 2019
                              Form ID: 148             Total Noticed: 31
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 20, 2019                                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 18, 2019 at the address(es) listed below:

      Eric Clayman    on behalf of Debtor Allan H. Taylor jenkins.clayman@verizon.net, connor@jenkinsclayman.com
      Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com
      Isabel C. Balboa     ecfmail@standingtrustee.com, summarymail@standingtrustee.com
      Kevin Gordon McDonald    on behalf of Creditor    Global Lending Services LLC kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                  TOTAL: 5