Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 19–24949–JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Allan H. Taylor
aka Alan H. Taylor, aka Allan H Taylor,
aka Allen H Taylor Jr.
1 Harned Avenue #E–8
Somerdale, NJ 08083

Social Security No.:
xxx–xx–9977

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date: 2/19/20
Time: 09:00 AM
Location: 4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

     An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

     **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: January 9, 2020
JAN: kvr

Jeanne Naughton
Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                                          Case No. 19-24949-JNP
Allan H. Taylor                                                                                 Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 2              Date Rcvd: Jan 09, 2020
                              Form ID: 132             Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 11, 2020.
```
db             +Allan H. Taylor,    1 Harned Avenue #E-8,    Somerdale, NJ 08083-2112
518419123      +21st Century Storage,    7490 S. Crescent Blvd,    Pennsauken, NJ 08109-4125
518385276      +ADS/Comenity/Boscov,    PO Box 182120,    Columbus, OH 43218-2120
518385278      +CBNA,    PO Box 6497,    Sioux Falls, SD 57117-6497
518499478       CVI SGP-CO Acquisition Trust,    PO Box 10587,    Greenville, SC 29603-0587
518494291       Citibank, N.A.,    5800 S Corporate Pl,    Sioux Falls, SD  57108-5027
518385279      +Citizens Bank,    1 Citizens Drive,    Riverside, RI 02915-3000
518385284      +JPMCB Card,    PO Box 15298,    Wilmington, DE 19850-5298
518426478      +JPMorgan Chase Bank, N.A.,     s/b/m/t Chase Bank USA, N.A.,
                 c/o Robertson, Anschutz & Schneid, P.L.,    6409 Congress Avenue, Suite 100,
                 Boca Raton, FL 33487-2853
518474674      +Midland Credit Management, Inc.,    PO Box 2037,    Warren, MI 48090-2037
518385287      +Syncrhony Bank,    c/o Selip & Stylianou,    10 Forest Avenue - Suite 300,
                 Paramus, NJ 07652-5238
518385290      +WF/Bob's Furniture,    PO Box 14517,    Des Moines, IA 50306-3517
518385288      +Wawa/CBNA,    PO BOX 6497,    Sioux Falls, SD 57117-6497
518492793       Wells Fargo Bank, N.A.,    PO Box 10438, MAC F8235-02F,    Des Moines, IA 50306-0438
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jan 10 2020 00:10:20     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 10 2020 00:10:17     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
518385277      +E-mail/Text: bk@avant.com Jan 10 2020 00:10:47      Avant,    222 North Lasalle Street,
                 Suite 1700,    Chicago, IL 60601-1101
518390922      +E-mail/Text: bankruptcy@cavps.com Jan 10 2020 00:10:34      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
518385281       E-mail/PDF: DellBKNotifications@resurgent.com Jan 10 2020 00:21:54      DFS/Webbank,
                 1 Dell Way,    Round Rock, TX 78682
518385280       E-mail/PDF: DellBKNotifications@resurgent.com Jan 10 2020 00:21:12      Dell Financial Services,
                 One Dell Way, Bldg 3,    Round Rock, TX 78682
518442336       E-mail/Text: bankruptcy@glsllc.com Jan 10 2020 00:09:32      Global Lending Services LLC,
                 1200 Brookfield Blvd Ste 300,    Greenville, South Carolina 29603
518385283      +E-mail/Text: Hcabankruptcy-courtnotices@hcamerica.com Jan 10 2020 00:10:52
                 Hyundai Capital America,    PO Box 20835,    Fountain Valley, CA 92728-0835
518445086      +E-mail/Text: Hcabankruptcy-courtnotices@hcamerica.com Jan 10 2020 00:10:52
                 Hyundai Lease Titling Trust,    PO Box 20809,    Fountain Valley, CA 92728-0809
518494810       E-mail/Text: JCAP_BNC_Notices@jcap.com Jan 10 2020 00:10:30      Jefferson Capital Systems LLC,
                 Po Box 7999,    Saint Cloud Mn 56302-9617
518464583       E-mail/PDF: resurgentbknotifications@resurgent.com Jan 10 2020 00:20:41      LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
518496790       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 10 2020 00:21:07
                 Portfolio Recovery Associates, LLC,    c/o Lowes,    POB 41067,    Norfolk VA 23541
518495305       E-mail/Text: bnc-quantum@quantum3group.com Jan 10 2020 00:10:12
                 Quantum3 Group LLC as agent for,    MOMA Trust LLC,    PO Box 788,    Kirkland, WA  98083-0788
518385285      +E-mail/PDF: gecsedi@recoverycorp.com Jan 10 2020 00:21:43      SYNCB/Lowe's,    PO Box 965036,
                 Orlando, FL 32896-5036
518385286       E-mail/PDF: gecsedi@recoverycorp.com Jan 10 2020 00:20:26      SYNCB/Sam's Club,    PO Box 965036,
                 Orlando, FL 32896-5036
518387298      +E-mail/PDF: gecsedi@recoverycorp.com Jan 10 2020 00:20:25      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
518385289      +E-mail/PDF: resurgentbknotifications@resurgent.com Jan 10 2020 00:21:20      Webbank/Fingerhut,
                 c/o Resurgent/LVNV Funding,    PO Box 1269,    Greenville, SC 29602-1269
                                                                                                TOTAL: 17
```

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
518421417       Robbin Taylor,    NO ADDRESS PROVIDED
518406730*     ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
                (address filed with court: Dell Financial Services, LLC,    Resurgent Capital Services,
                 PO Box 10390,    Greenville, SC 29603-0390)
518419124*     +Hyundai Capital America,    Po Box 20835,    Fountain Valley, CA 92728-0835
518385282     ##+Global Lending Service,    5 Concourse Parkway, Ste 2925,    Atlanta, GA 30328-7104
                                                                                              TOTALS: 1, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-1          User: admin                Page 2 of 2                  Date Rcvd: Jan 09, 2020
                              Form ID: 132               Total Noticed: 31
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 11, 2020                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 9, 2020 at the address(es) listed below:

```
              Eric    Clayman     on behalf of Debtor Allan H. Taylor jenkins.clayman@verizon.net,
               connor@jenkinsclayman.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Kevin Gordon McDonald    on behalf of Creditor   Global Lending Services LLC
               kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5
```