| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1** DENISE CARLON, ESQUIRE KML LAW GROUP, P.C. Sentry Office Plz 216 Haddon Ave. Suite 406 Westmont, NJ 08018 dcarlon@kmllawgroup.com Attorneys for Movant Global Lending Services LLC | Order Filed on April 7, 2020 by Clerk U.S. Bankruptcy Court District of New Jersey |
| In Re: Allan H. Taylor, Debtor. | Case No.: 19-24949 JNP Adv. No.: Hearing Date: 10/2/2019 @ 10:00 a.m. Judge: Jerrold N. Poslusny, Jr. |

# ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO DEBTOR'S CHAPTER 13 PLAN

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**

**DATED: April 7, 2020**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Page 2
Debtors:        Allan H. Taylor
Case No.:       19-24949 JNP
Caption:        **ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO DEBTOR'S CHAPTER 13 PLAN**

    This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, Global Lending Services LLC, holder of a mortgage on property known as 2017 Hyundai Sonata, VIN: 5NPE23AF8HH594353, Denise Carlon appearing, by way of objection to the confirmation of Debtor's Chapter 13 Plan, and this Court having considered the representations of attorneys for Secured Creditor and Eric Clayman, Esquire, attorney for Debtor, Allan H. Taylor, and for good cause having been shown;

    It **ORDERED, ADJUDGED and DECREED** that Secured Creditor will be treated as unaffected by this plan; and

    It is **FURTHER ORDERED, ADJUDGED and DECREED** that Secured Creditor's objection to confirmation is hereby resolved.