UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

51342
MORTON & CRAIG, LLC
110 Marter Avenue
Suite 301
Moorestown, NJ 08057
(856)866-0100
Attorney for Hyundai Lease Titling Trust
JM-5630

In Re:
ALLAN H. TAYLOR

Order Filed on July 14, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 19-24949 (JNP)

Adv. No.:

Hearing Date: 7-14-2020

Judge: Hon. Jerrold N. Poslusny Jr.

### ORDER VACATING AUTOMATIC STAY AND CO-DEBTOR STAY

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: July 14, 2020**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtor:   Allan H. Taylor / 51342
Case No:   19-24949 (JNP)
Order Vacating Automatic Stay and Co-Debtor Stay

Upon consideration of the motion of **Hyundai Lease Titling Trust** for an order for relief from the automatic stay and co-debtor stay, and good cause appearing therefore, it is hereby

**ORDERED** that the automatic stay of the Bankruptcy Code section 362(a) is vacated to permit the movant to pursue the movant's rights in the personal property described below to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

**ORDERED** that the co-debtor stay under 11 U.S.C. 1301 is vacated as to the co-debtor, **Robbin Taylor** to permit **Hyundai Lease Titling Trust** to pursue its rights in the personal property described below and as to the co-debtor.

The movant shall serve this order on the debtor, co-debtor, any trustee and any other party who entered an appearance on the motion.

Description of Subject Personal Property
2017 Hyundai Tucson
Vehicle Identification Number
KM8J33A25HU399100