Form 173 – hrggeneral

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.: 19–24949–JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Allan H. Taylor
aka Alan H. Taylor, aka Allan H Taylor,
aka Allen H Taylor Jr.
1 Harned Avenue #E–8
Somerdale, NJ 08083

Social Security No.:
xxx–xx–9977

Employer's Tax I.D. No.:

---

**NOTICE OF HEARING**

　　NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Jerrold N. Poslusny Jr. on

Date:　　　　　May 20, 2022
Time:　　　　　10:00 AM
Location:　　　4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

to consider and act upon the following:

*58* – Certification in Opposition to Trustee's certification of default (related document:57 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Isabel C. Balboa. Objection deadline is 04/12/2022. (Attachments: # 1 Certification # 2 Proposed Order # 3 Certificate of Service) filed by Trustee Isabel C. Balboa) filed by Eric Clayman on behalf of Allan H. Taylor. (Clayman, Eric)

and transact such other business as may properly come before the meeting.


Dated: April 7, 2022
JAN: lgr

　　　　　　　　　　　　　　　　　　　　　　　　　　　　Jeanne Naughton
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Clerk