Form 148 − ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 19−24949−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Allan H. Taylor
    aka Alan H. Taylor, aka Allan H Taylor,
    aka Allen H Taylor Jr.
    1 Harned Avenue #E−8
    Somerdale, NJ 08083

Social Security No.:
    xxx−xx−9977

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 4/12/23.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).


Dated: April 12, 2023
JAN: kvr

                                                                    Jeanne Naughton
                                                                    Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Allan H. Taylor  
Debtor

Case No. 19-24949-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1  
Date Rcvd: Apr 12, 2023

User: admin  
Form ID: 148

Page 1 of 3  
Total Noticed: 37

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 14, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Allan H. Taylor, 1 Harned Avenue #E-8, Somerdale, NJ 08083-2112 |
| 518419123 | + | 21st Century Storage, 7490 S. Crescent Blvd, Pennsauken, NJ 08109-4125 |
| 518385276 | + | ADS/Comenity/Boscov, PO Box 182120, Columbus, OH 43218-2120 |
| 518385282 | + | Global Lending Service, 5 Concourse Parkway, Ste 2925, Atlanta, GA 30328-7104 |
| 518713620 | + | Hamilton Court Apartments, 1 Harned Avenue, Office Apartment H1, Somerdale, NJ 08083-2154 |
| 518868711 | + | Hyundai Lease Titling Trust, John R. Morton, Jr., Morton & Craig, LLC, 110 Marter Avenue, Suite 301, Moorestown, NJ 08057-3125 |
| 518385287 | + | Syncrhony Bank, c/o Selip & Stylianou, 10 Forest Avenue - Suite 300, Paramus, NJ 07652-5238 |
| 518385290 | + | WF/Bob's Furniture, PO Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 12 2023 20:30:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 12 2023 20:30:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: enotifications@santanderconsumerusa.com | Apr 12 2023 20:31:00 | HYUNDAI LEASE TITLING TRUST, P.O. Box 961245, Ft. Worth, TX 76161-0244 |
| 518385277 | + | Email/Text: bk@avant.com | Apr 12 2023 20:31:00 | Avant, 222 North Lasalle Street, Suite 1700, Chicago, IL 60601-1101 |
| 518385278 | + | EDI: CITICORP.COM | Apr 13 2023 00:21:00 | CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 518385279 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Apr 12 2023 20:30:00 | Citizens Bank, 1 Citizens Drive, Riverside, RI 02915 |
| 518499478 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 12 2023 20:39:35 | CVI SGP-CO Acquisition Trust, PO Box 10587, Greenville, SC 29603-0587 |
| 518390922 | + | Email/Text: bankruptcy@cavps.com | Apr 12 2023 20:31:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 518494291 | | EDI: CITICORP.COM | Apr 13 2023 00:21:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 518385281 | | Email/PDF: DellBKNotifications@resurgent.com | Apr 12 2023 20:39:49 | DFS/Webbank, 1 Dell Way, Round Rock, TX 78682 |
| 518385280 | | Email/PDF: DellBKNotifications@resurgent.com | Apr 12 2023 20:39:49 | Dell Financial Services, One Dell Way, Bldg 3, Round Rock, TX 78682 |
| 518442336 | | Email/Text: bankruptcy@glsllc.com | Apr 12 2023 20:30:00 | Global Lending Services LLC, 1200 Brookfield Blvd Ste 300, Greenville, South Carolina 29603 |
| 518385283 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Apr 12 2023 20:31:00 | Hyundai Capital America, PO Box 20835, |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 518445086 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Apr 12 2023 20:31:00 | Fountain Valley, CA 92728-0835<br>Hyundai Lease Titling Trust, PO Box 20809, Fountain Valley, CA 92728-0809 |
| 518494810 | | EDI: JEFFERSONCAP.COM | Apr 13 2023 00:21:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 518385284 | | EDI: JPMORGANCHASE | Apr 13 2023 00:21:00 | JPMCB Card, PO Box 15298, Wilmington, DE 19850 |
| 518426478 | + | Email/Text: RASEBN@raslg.com | Apr 12 2023 20:30:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 519189232 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 12 2023 20:39:50 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587, LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 519189231 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 12 2023 20:39:49 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 518464583 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 12 2023 20:40:00 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518474674 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 12 2023 20:30:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 518496790 | | EDI: PRA.COM | Apr 13 2023 00:21:00 | Portfolio Recovery Associates, LLC, c/o Lowes, POB 41067, Norfolk VA 23541 |
| 518495305 | | EDI: Q3G.COM | Apr 13 2023 00:21:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 518385285 | + | EDI: RMSC.COM | Apr 13 2023 00:21:00 | SYNCB/Lowe's, PO Box 965036, Orlando, FL 32896-5036 |
| 518385286 | | EDI: RMSC.COM | Apr 13 2023 00:21:00 | SYNCB/Sam's Club, PO Box 965036, Orlando, FL 32896-5036 |
| 518387298 | + | EDI: RMSC.COM | Apr 13 2023 00:21:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518385288 | + | EDI: CITICORP.COM | Apr 13 2023 00:21:00 | Wawa/CBNA, PO BOX 6497, Sioux Falls, SD 57117-6497 |
| 518385289 | + | Email/PDF: resurgentbknotifications@resurgent.com | Apr 12 2023 20:39:35 | Webbank/Fingerhut, c/o Resurgent/LVNV Funding, PO Box 1269, Greenville, SC 29602-1269 |
| 518492793 | | EDI: WFFC2 | Apr 13 2023 00:21:00 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 29

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518421417 | | Robbin Taylor, NO ADDRESS PROVIDED |
| 518406730 | *P++ | DELL FINANCIAL SERVICES, P O BOX 81577, AUSTIN TX 78708-1577, address filed with court:, Dell Financial Services, LLC, Resurgent Capital Services, PO Box 10390, Greenville, SC 29603-0390 |
| 518419124 | *+ | Hyundai Capital America, Po Box 20835, Fountain Valley, CA 92728-0835 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

| District/off: 0312-1 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Apr 12, 2023 | Form ID: 148 | Total Noticed: 37 |

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 14, 2023    Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 12, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Jeffrey E. Jenkins | on behalf of Debtor Allan H. Taylor mail@jenkinsclayman.com JenkinsClayman@jubileebk.net |
| John R. Morton, Jr. | on behalf of Creditor HYUNDAI LEASE TITLING TRUST ecfmail@mortoncraig.com mortoncraigecf@gmail.com |
| Kevin Gordon McDonald | on behalf of Creditor Global Lending Services LLC kmcdonald@kmllawgroup.com bkgroup@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6