Form 148 – ntcdsmcs

## UNITED STATES BANKRUPTCY COURT

District of New Jersey

401 Market Street
Camden, NJ 08102

---

Case No.:  19–24949–JNP
Chapter:  13
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

    Allan H. Taylor
    aka Alan H. Taylor, aka Allan H Taylor,
    aka Allen H Taylor Jr.
    1 Harned Avenue #E–8
    Somerdale, NJ 08083

Social Security No.:
    xxx–xx–9977

Employer's Tax I.D. No.:

---

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 10/11/23.

Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: October 11, 2023
JAN: kvr

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                    Case No. 19-24949-JNP

Allan H. Taylor                                                           Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                      User: admin                                Page 1 of 3
Date Rcvd: Oct 12, 2023                   Form ID: 148                             Total Noticed: 38

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 14, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Allan H. Taylor, 1 Harned Avenue #E-8, Somerdale, NJ 08083-2112 |
| 518419123 | + | 21st Century Storage, 7490 S. Crescent Blvd, Pennsauken, NJ 08109-4125 |
| 518385282 | + | Global Lending Service, 5 Concourse Parkway, Ste 2925, Atlanta, GA 30328-7104 |
| 518713620 | + | Hamilton Court Apartments, 1 Harned Avenue, Office Apartment H1, Somerdale, NJ 08083-2154 |
| 518868711 | + | Hyundai Lease Titling Trust, John R. Morton, Jr., Morton & Craig, LLC, 110 Marter Avenue, Suite 301, Moorestown, NJ 08057-3125 |
| 518385287 | + | Synchrony Bank, c/o Selip & Stylianou, 10 Forest Avenue - Suite 300, Paramus, NJ 07652-5238 |
| 518385290 | + | WF/Bob's Furniture, PO Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 13 2023 02:16:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 13 2023 02:16:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: enotifications@santanderconsumerusa.com | Oct 13 2023 02:16:00 | HYUNDAI LEASE TITLING TRUST, P.O. Box 961245, Ft. Worth, TX 76161-0244 |
| 518385276 | + | EDI: WFNNB.COM | Oct 13 2023 01:35:00 | ADS/Comenity/Boscov, PO Box 182120, Columbus, OH 43218-2120 |
| 518385277 | + | Email/Text: bk@avant.com | Oct 13 2023 02:16:00 | Avant, 222 North Lasalle Street, Suite 1700, Chicago, IL 60601-1101 |
| 518385278 | + | EDI: CITICORP.COM | Oct 13 2023 01:35:00 | CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 518385279 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Oct 13 2023 02:15:00 | Citizens Bank, 1 Citizens Drive, Riverside, RI 02915 |
| 518499478 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 12 2023 23:02:16 | CVI SGP-CO Acquisition Trust, PO Box 10587, Greenville, SC 29603-0587 |
| 518390922 | + | Email/Text: bankruptcy@cavps.com | Oct 13 2023 02:16:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 518494291 | | EDI: CITICORP.COM | Oct 13 2023 01:35:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 518385281 | | Email/PDF: DellBKNotifications@resurgent.com | Oct 12 2023 23:02:47 | DFS/Webbank, 1 Dell Way, Round Rock, TX 78682 |
| 518385280 | | Email/PDF: DellBKNotifications@resurgent.com | Oct 12 2023 23:02:47 | Dell Financial Services, One Dell Way, Bldg 3, Round Rock, TX 78682 |
| 518406730 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 12 2023 23:02:55 | Dell Financial Services, LLC, Resurgent Capital Services, PO Box 10390, Greenville, SC 29603-0390 |
| 518442336 | | Email/Text: bankruptcy@glsllc.com | | |

District/off: 0312-1 | User: admin | Page 2 of 3
Date Rcvd: Oct 12, 2023 | Form ID: 148 | Total Noticed: 38

| | | | |
|---|---|---|---|
| | | Oct 13 2023 02:14:00 | Global Lending Services LLC, 1200 Brookfield Blvd Ste 300, Greenville, South Carolina 29603 |
| 518385283 | + Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Oct 13 2023 02:16:00 | Hyundai Capital America, PO Box 20835, Fountain Valley, CA 92728-0835 |
| 518445086 | + Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Oct 13 2023 02:16:00 | Hyundai Lease Titling Trust, PO Box 20809, Fountain Valley, CA 92728-0809 |
| 518494810 | EDI: JEFFERSONCAP.COM | Oct 13 2023 01:35:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 518385284 | EDI: JPMORGANCHASE | Oct 13 2023 01:35:00 | JPMCB Card, PO Box 15298, Wilmington, DE 19850 |
| 518426478 | + Email/Text: RASEBN@raslg.com | Oct 13 2023 02:15:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 519189232 | Email/PDF: resurgentbknotifications@resurgent.com | Oct 12 2023 23:02:29 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587, LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 519189231 | Email/PDF: resurgentbknotifications@resurgent.com | Oct 12 2023 23:02:29 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 518464583 | Email/PDF: resurgentbknotifications@resurgent.com | Oct 12 2023 23:02:29 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518474674 | + Email/Text: bankruptcydpt@mcmcg.com | Oct 13 2023 02:16:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 518496790 | EDI: PRA.COM | Oct 13 2023 01:35:00 | Portfolio Recovery Associates, LLC, c/o Lowes, POB 41067, Norfolk VA 23541 |
| 518495305 | EDI: Q3G.COM | Oct 13 2023 01:35:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 518385285 | + EDI: RMSC.COM | Oct 13 2023 01:35:00 | SYNCB/Lowe's, PO Box 965036, Orlando, FL 32896-5036 |
| 518385286 | EDI: RMSC.COM | Oct 13 2023 01:35:00 | SYNCB/Sam's Club, PO Box 965036, Orlando, FL 32896-5036 |
| 518387298 | + EDI: RMSC.COM | Oct 13 2023 01:35:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518385288 | + EDI: CITICORP.COM | Oct 13 2023 01:35:00 | Wawa/CBNA, PO BOX 6497, Sioux Falls, SD 57117-6497 |
| 518385289 | + Email/PDF: resurgentbknotifications@resurgent.com | Oct 12 2023 23:02:31 | Webbank/Fingerhut, c/o Resurgent/LVNV Funding, PO Box 1269, Greenville, SC 29602-1269 |
| 518492793 | EDI: WFFC2 | Oct 13 2023 01:35:00 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 31

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518421417 | | Robbin Taylor, NO ADDRESS PROVIDED |
| 518419124 | *+ | Hyundai Capital America, Po Box 20835, Fountain Valley, CA 92728-0835 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

District/off: 0312-1                                  User: admin                                        Page 3 of 3
Date Rcvd: Oct 12, 2023                              Form ID: 148                                    Total Noticed: 38

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 14, 2023                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 11, 2023 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Andrew B Finberg | jdesantis@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Jeffrey E. Jenkins | on behalf of Debtor Allan H. Taylor mail@jjenkinslawgroup.com  JenkinsClayman@jubileebk.net |
| John R. Morton, Jr. | on behalf of Creditor HYUNDAI LEASE TITLING TRUST ecfmail@mortoncraig.com  mortoncraigecf@gmail.com |
| Kevin Gordon McDonald | on behalf of Creditor Global Lending Services LLC kmcdonald@kmllawgroup.com  bkgroup@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6