Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.: 19–24949–JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
 Allan H. Taylor
 aka Alan H. Taylor, aka Allan H Taylor,
 aka Allen H Taylor Jr.
 1 Harned Avenue #E–8
 Somerdale, NJ 08083

Social Security No.:
 xxx–xx–9977

Employer's Tax I.D. No.:

---

## FINAL DECREE

 The estate of the above named debtor(s) has been fully administered.

 If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

 ORDERED that Andrew B Finberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.


Dated: <u>November 27, 2023</u>          <u>Jerrold N. Poslusny Jr.</u>
                    Judge, United States Bankruptcy Court